UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LEE EDWARD PEYTON, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV 16-9293-VAP(AJW) |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| GEOFF DEAN (SHERIFF); KAMALA | ) | |
| HARRIS (ATTORNEY GENERAL), | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: December 29, 2016

_____

Virginia A. Phillips

Chief United States District Judge